UNITED STATES DISTRICT COURT WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

BETH LAISURE,                        )
                                )
     *Plaintiff*,                )
                                )
v.                              )     Civil Action No. 5:22cv00054
                                )
WINCHESTER ANESTHESIOLOGISTS,   )
INC*., et al.*,              )
                                )
     *Defendants*.          )

## DEFENDANT WINCHESTER ANESTHESIOLOGISTS, INC.'S MOTION *IN LIMINE* TO PRECLUDE EXPERT TESTIMONY BY DEFENDANT WINCHESTER MEDICAL CENTER

Defendant Winchester Anesthesiologists, Inc. ("WAI"), by counsel, respectfully submits this motion *in limine* to preclude evidence or argument of the alleged negligence or other criticism of WAI or its employees by Defendant Winchester Medical Center ("WMC"). In short, a defendant cannot be exonerated by urging or showing the negligence of another defendant or non-party. A Memorandum in Support is filed herewith.

WHEREFORE, for the foregoing reasons, the reasons stated in the accompanying Memorandum in Support, and the reasons to be stated during oral argument on this Motion, Defendant Winchester Anesthesiologists, Inc. respectfully requests that the Court 1) preclude Defendant Winchester Medical Center from offering any testimony, opinion, argument, or comment that WAI or its employees breached the standard of care or proximately caused Plaintiff's alleged injuries, or offer other criticism; 2) preclude counsel for Defendant Winchester Medical Center from discussing the purported negligence of WAI in opening statements or closing arguments; and 3) preclude Defendant Winchester Medical Center's fact witnesses from any testimony, evidence, or comment that they did

1

not breach the standard of care because other medical providers were negligent or failed

to act appropriately under the circumstances presented.

Respectfully submitted,

WINCHESTER ANESTHESIOLOGISTS, INC.

/s/ Kristina L. Fattoum
Byron J. Mitchell, Esq. (VSB No. 39790)
Kristina L. Fattoum, Esq. (VSB No. 78746)
Mitchell & Simopoulos, PLLC
701 E. Franklin Street
Suite 1205
Alexandria, VA 22314
bmitchell@mitchell-lawgrp.com
kfattoum@mitchell-lawgrp.com
(703) 782-8900
(703) 782-8910 (Fax)
*Counsel for Defendant Winchester Anesthesiologists, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of April 2024, I served the foregoing pleading

by email to the following:

Cory R. Ford, Esq. (VSB No. 68153)
Peter A. Pentony, Esq. (VSB No. 94012)
WilliamsFord
101 Loudoun Street, SW
Leesburg, Virginia 20175
cory@williamsfordlaw.com
peter@williamsfordlaw.com
*Counsel for Plaintiff*

Robyn P. Ayres, Esquire (VSB No. 48059)
Brian B. Vieth, Esquire (VSB No. 89644)
Goodman Allen Donnelly PLLC
4050 Innslake Drive, Suite 200
Glen Allen, Virginia 23060
rayres@goodmanallen.com
bvieth@goodmanallen.com
*Counsel for Defendant Winchester Medical Center*

/s/ Kristina L. Fattoum

2