## UNITED STATES DISTRICT COURT WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

**Beth Laisure**
   *Plaintiff,*

v.                                                     Case No.: 5:22cv00054

**Winchester Anesthesiologists, Inc.**
   *Defendant.*

### PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EMPTY CHAIR TESTIMONY BY DEFENDANTS' EXPERTS

Plaintiff, by counsel, respectfully requests this Court to rule *in limine* to preclude evidence or argument of the alleged negligence or other criticism of Plaintiff's treating obstetrician Dr. Conroy, Dr. Bowers, or the treating nurses.  Such criticism requires a proper expert, is empty chair testimony, and could be admissible only if those providers were parties in this case.  The Plaintiff is filing a contemporaneous Brief in Support of this Motion.

Wherefore, for the reasons stated herein, those reasons stated in the accompanying Brief in Support of this Motion, and any additional reasons stated during oral argument (anticipated to be the Pretrial Hearing in this case), the Plaintiff respectfully requests this Court preclude Defendant WAI from offering any testimony, opinion, argument, or comment that Dr. Conroy or the nurses breached the standard of care or proximately caused Plaintiff's alleged injuries, or offer other similar criticism; 2) preclude counsel for Defendant WAI from discussing the purported negligence of others, including but not limited to Dr. Conroy, in opening statements or closing arguments; and 3) preclude Defendant WAI's fact witnesses from any such testimony.

Respectfully submitted,

BETH LAISURE

By Counsel

/s/ Cory Ford
Cory R. Ford (VSB# 68153)
Peter A. Pentony (VSB# 94012)
WILLIAMSFORD
101 Loudoun Street, SW
Leesburg, Virginia 20175
(703) 777-6535 Phone
(703) 777-6963 Fax
cory@williamsfordlaw.com
peter@williamsfordlaw.com

**UNITED STATES DISTRICT COURT WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION**

**Beth Laisure**
    *Plaintiff,*

v.                                                                          Case No.: 5:22cv00054

**Winchester Anesthesiologists, Inc.**
    *Defendant.*

## CERTIFICATE OF SERVICE:

I HEREBY CERTIFY that on this PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EMPTY CHAIR TESTIMONY BY DEFENDANTS' EXPERTS, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system on this 24th day of June 2024, which will then send a notification of such filing (NEF) to all counsel of record. I also certify that this pleading has been emailed to the below-listed party:

Byron J. Mitchell, Esquire (VSB #39790)
Kristina L. Fattoum, Esquire (VSB # 78746)
THE MITCHELL LAW GROUP
221 S. Alfred Street, 1st Floor
Alexandria, Virginia 22314
bmitchell@mitchell-lawgrp.com
kfattoum@mitchell-lawgrp.com
703-782-8900 main
703-782-8910 fax
*Counsel for Defendant Winchester Anesthesiologists, Inc.*

                      /s/ Cory Ford_____
                      Cory Ford